NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCICO TEC GMBH,**
*Plaintiff-Appellee,*

v.

**BOSTON SCIENTIFIC CORPORATION** AND
**BOSTON SCIENTIFIC SCIMED, INC.,**
*Defendants-Appellees.*

v.

**JONATHAN LEE RICHES,**
*Movant-Appellant.*

---

2012-1449

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0076, Judge Ron Clark.

Before LOURIE, SCHALL and DYK, *Circuit Judges.*

PER CURIAM.

## ORDER

Jonathan Lee Riches appeals the United States District Court for the Eastern District of Texas's denial of his motion to intervene. The court considers whether to dismiss this appeal for lack of jurisdiction.

On May 5, 2009, the district court dismissed the underlying patent case with prejudice.* On May 22, 2009, the district court denied appellant's motion to intervene, noting there was no indication that appellant had "an interest related to the '403 Patent." The appellant's notice of appeal was received at the court on May 29, 2012, 1103 days after denial of his motion to intervene.

To challenge the district court's May 22, 2009 order denying the appellant's motion for leave to intervene, the appellant should have filed a notice of appeal within 30 days of that order. *See Stringfellow v. Concerned Neighbors In Action,* 480 U.S. 370, 377 (1987) (an order denying a motion for leave to intervene is subject to immediate review); *see also* Fed. R. App. P. 4(a)(1)(A) ("[T]he notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from.").

Because this appeal was filed outside the statutory deadline for taking an appeal to this court, we must dismiss.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

---

* Because the underlying complaint asserted patent infringement claims, this court would otherwise have jurisdiction. *See* 28 U.S.C. § 1295(a)(1); *Christiansen v. Colt Industries Operating Corp,* 486 U.S. 800 (1988).

FOR THE COURT

AUG 0 3 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jonathan Lee Riches
    Stanley M. Gibson, Esq.
    S. Calvin Capshaw, III, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 3 2012

JAN HORBALY
CLERK